IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRANDY LYNN FIELDS, | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 7:12-0013 |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | § § § § § | |
| Defendant. | § § | |

## REPORT OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Brandy Lynn Fields ("Fields"), seeks review of a decision by the Commissioner of the Social Security Administration("Commissioner") denying her application for disability-based benefits under the Social Security Act. (Dkt. No. 1). The case was referred to the undersigned Magistrate Judge for a report and recommendation. (Dkt. No. 13).

On September 5, 2012, the parties submitted a "Consent Order to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)" which recites that the parties agree to a reversal of the Commissioner's decision and to a remand for further enumerated administrative actions.

Pursuant to these stipulations and the parties' express written consent, the undersigned has entered an order (a) reversing the Commissioner's decision, (b) remanding the matter for further administrative proceedings and (c) dismissing this action from the docket of this court.

SIGNED this   7   day of   September   2012.

_Earl S. Hines_
Earl S. Hines
United States Magistrate Judge